UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOTA ALMANZA-LUMPKIN,

    Plaintiff,                                      Case Number 18-13788

v.                                                  Honorable David M. Lawson

DETROIT EDUCATIONAL
TELEVISION FOUNDATION,
d/b/a WTVS/DPTV, DETROIT
PUBLIC TELEVISION, and
CHANNEL 56,

    Defendants.

_____/

## ORDER OF DISMISSAL

On June 12, 2019, the parties informed the Court that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before July 13, 2019**.

                                                                      s/David M. Lawson
                                                                      DAVID M. LAWSON
                                                                      United States District Judge

Date: June 13, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 13, 2019.

                                  s/Susan K. Pinkowski
                                  SUSAN K. PINKOWSKI